

# Fourth Court of Appeals
## San Antonio, Texas

May 12, 2022

No. 04-22-00090-CV

Jose M. **GONZALEZ**, Jr.,
Appellant

v.

**OFFICE OF THE ATTORNEY GENERAL OF TEXAS,**
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-25068
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

On March 31, 2022, the court reporter responsible for preparing the reporter's record in this appeal filed a notification of late record, stating that appellant has failed: (1) to request in writing that she prepare the reporter's record; and (2) to pay or make arrangements to pay the fee for preparing the reporter's record.

On April 6, 2022, this court ordered appellant to file written proof that he has requested the official court reporter to prepare the reporter's record and written proof that either: (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. We stated if appellant fails to respond within the time provided, then we will set a due date for appellant's brief, and the court may only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

On April 29, 2022, appellant filed a "Motion to Proceed Without Court Reporters Record" requesting this appeal be considered without a reporter's record. The motion is GRANTED; however, the court may only "consider and decide those issues or points that do not require a reporter's record for a decision." *See* TEX. R. APP. P. 37.3. Appellant's brief is due on or before **June 1, 2022**.

It is so **ORDERED** on this 12th day of May, 2022.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court